UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND EARL BOYD,<br><br>                Petitioner,<br><br>      v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                Respondent. | Case No. CV 10-3429 ODW(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed for lack of prosecution.

DATED: July 30, 2010

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE